UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nathan Christopher Braun,

        Plaintiff,

v.

Dennis Hanson, *et al.*,

        Defendants.

Case No. 18-cv-3355 (JNE/ECW)
ORDER

In a Report and Recommendation ("R&R") dated January 27, 2020, the Honorable Elizabeth Cowan Wright, United States Magistrate Judge, recommended that the Court deny Plaintiff's Motion to Object and grant in part and deny in part Defendants' Motion to Dismiss. ECF No. 46. Plaintiff filed an objection detailing additional factual allegations to support his retaliation and access to court claims, which the R&R recommended dismissing. Plaintiff may not use his objection as an opportunity to cure the defects in his second amended complaint by adding factual allegations. He may only specify the portions of the R&R to which he objects and provide a basis for those objections, which he has failed to do. *See* D. Minn. LR 72.2(b) ("A party may file and serve specific written objections to a magistrate judge's proposed findings and recommendations."); *Mayer v. Walvatne*, Civ. No. 07-1958, 2008 WL 4527774, at *2 (D. Minn. Sept. 28, 2008). Based on a de novo review of the record, the Court accepts the conclusions of the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2. Therefore, IT IS ORDERED that:

1. Defendants' Motion to Dismiss, ECF No. 28, is GRANTED IN PART and DENIED IN PART as discussed in the R&R.

2. Plaintiff's Motion to Object, ECF No. 38, is DENIED.

Date: March 27, 2020

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge